# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0178. BRUCE ROBBINS, SR. v. THE STATE.**

Bruce Robbins, Sr. was found guilty of armed robbery, aggravated assault, aggravated battery, and possessing a weapon during the commission of a crime, and he was sentenced to life without the possibility of parole based on the recidivist statute. We affirmed his convictions on appeal. *Robbins v. State*, 293 Ga. App. 584 (667 SE2d 684) (2008). In 2013, Robbins filed a motion to correct a void and illegal sentence based on his recidivist punishment. The trial court denied the motion, and Robbins appealed. We thoroughly considered his arguments regarding the recidivist sentence and affirmed the trial court's ruling. Case No. A14A0128 (April 3, 2014). Robbins subsequently filed another motion to vacate void sentence, alleging a lack of notice regarding his recidivist punishment and rehashing the arguments from his previous motion to vacate. We lack jurisdiction.

This Court previously ruled that the trial court properly sentenced Robbins. "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our ruling in the prior appeal is res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Thus, Robbins is estopped from seeking further judicial review on this issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* ___10/08/2015___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*